```
BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CULLUM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-40190-CW |
| | CR 02-40176-CW |
| Plaintiff, | CR 09-0835-CW |
| vs. | STIPULATION TO CONTINUE; PROPOSED ORDERING CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JOHN BENNETT CULLUM, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of January 15, 2010 presently scheduled at 10:00 a.m., before the Honorable Laurel Beeler, be vacated and re-set for February 1, 2010 at 10:00 a.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

The reason for this request is that defense counsel needs additional time to review discovery, investigate, and discuss this case with Mr. Cullum. Additionally, new government counsel is taking over the case. The Probation Office has been contacted. The assigned Officer Jennifer James, will be out of the office until January 12, 2010, so her position cannot be stated. However, if the new date presents a conflict for her, the parties will request a new date.

1   The parties agree and stipulate that the time until February 1, 2010 should be excluded,
2   under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the
3   continuance outweigh the bests interests of the public and the defendant in a speedy and public
4   trial. The continuance is necessary to accommodate counsel's preparation efforts.

5   /s/
    Date    1/8/09                      John Paul Reichmuth
6                                       Assistant Federal Public Defender
                                        Counsel for defendant CULLUM
7

8
                                        /s/
9
    Date    1/8/09                      Katherine Dowling
10                                      Assistant United States Attorney

11

12  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this efiled document.         /S/ John Paul Reichmuth
                                         Counsel for Defendant Cullum
13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned mattersare continued to February 1, 2010 at 10:00 a.m. before Hon. Laurel Beeler, United States Magistrate Judge, and that time is excluded from January 15, 2010 to February 1, 2010 pursuant to 18 U.S.C. §§3161(h)(7)(A).

It is further ORDERED, based on exceptional circumstances, that the parties may enter a change of plea before the United States Magistrate Judge.

IT IS SO ORDERED.

January 12, 2010  
Date

/s/ Laurel Beeler  
~~HON. CLAUDIA WILKEN~~ LAUREL BEELER  
UNITED STATES ~~DISTRICT JUDGE~~  
MAGISTRATE JUDGE